**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **DARCELL HILL and RONALD HALL,**<br><br>Plaintiffs,<br>vs.<br><br>**LINEAGE LOGISTICS SERVICES, LLC.,**<br><br>Defendant. | Case No.: 1:24-cv-04115<br><br>Hon. Edmond E. Chang |

**PLAINTIFFS' NOTICE OF VOLUNTARILY DISMISSAL**
**WITHOUT PREJUDICE**

Now come Plaintiffs, by and through their undersigned attorneys, and in support of their Notice of Voluntary Dismissal Without Prejudice, state as follows:

1. Plaintiffs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby give notice that this action is voluntarily dismissed, without prejudice, with each party to bear their own costs and expenses.

WHEREFORE, Plaintiffs respectfully pray for the relief requested herein, and all other just and proper relief.

*Respectfully submitted,*

**DARCELL HILL and RONALD HALL**

*/s/ Adam J. Feuer*___________
Majdi Hijazin
Adam J. Feuer
Samuel L. Eirinberg
DJC LAW, PLLC
140 S. Dearborn Street, Ste. 1610
Chicago, Illinois 60603
(872) 804-3400
majdi@teamjusice.com
adam@teamjustice.com
sam@teamjustice.com

Nick Wooten
DJC LAW, PLLC
1012 West Anderson Lane
Austin, Texas 78757
(512) 220-1800
nick@teamjustice.com
*Lead Trial Attorney*

*Counsel for Plaintiffs*